# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ADAM HENRY NIX, | ) | No. CV 08-06475-CJC (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| R. E. BARNES, | ) | |
| Respondent. | ) | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

**IT IS ADJUDGED** that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing §2254 Cases in the United States District Courts.

DATED: October 9, 2008

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE